| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collyer, Rosemary M | District Court - Washington DC | 05/05/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| E Barrett Prettyman Courthouse<br>300 Constitution Avenue, NW<br>Washington, DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | National Human Services Assembly - Consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Human Services Assembly | Reimbursement to spouse for business travel throughout 2005 (airline, hotel & meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code.1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - AFC - Common | | None | | | Sell | 5/12 | J | D | |
| 3. - BRKA - Common Class A | | None | M | T | | | | | |
| 4. - CMGI - Common | | None | J | T | | | | | |
| 5. - DD - Common | A | Dividend | | | | | | | |
| 6. | | | | | Buy | 1/26 | K | | |
| 7. | | | | | Sell | 8/18 | K | A | |
| 8. - GE - Common | B | Dividend | K | T | | | | | |
| 9. - GM - Common | A | Dividend | | | Sell | 2/14 | K | A | |
| 10. - MDCI - Common | | None | L | T | | | | | |
| 11. - MO - Common | A | Dividend | | | Sell | 1/22 | K | C | |
| 12. - MSFT - Common | A | Dividend | K | T | | | | | |
| 13. - NPSP - Common | | None | K | T | | | | | |
| 14. - PFE - Common | A | Dividend | | | Sell | 9/16 | K | A | |
| 15. - MD Gen Obl Muni Bonds (10/15/09) | B | Interest | | | Redemption | 10/15 | K | A | |
| 16. - MD Gen Obl Muni Bonds (10/15/11) | B | Interest | K | T | | | | | |
| 17. - Balto MD Const Pub Imp Muni Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Schwab One Cash Account | B | Interest | K | T | | | | | |
| 19. - CDE - Common | | None | J | T | | | | | |
| 20. - SIL - ADR | | None | K | T | | | | | |
| 21. - GT - Common | · | None | | | Sell | 2/4 | L | E | |
| 22. - DVY - Index Fund | D | Dividend | M | T | | | | | |
| 23. | | | | | Buy | 1/14 | L | | |
| 24. - EWJ - Index Fund | A | Dividend | L | T | | | | | |
| 25. | | | | | Buy | 10/10 | K | | |
| 26. - NUVO - Common | | None | K | T | | | | | |
| 27. - PAAS - ADR | | None | K | T | | | | | |
| 28. - PAAS - Call Option Apr05 17.5 | · | None | | | Expired | 4/15 | J | C | |
| 29. - MO - Call Option Jan05 60 | | None | | | Exercised | 1/22 | J | A | |
| 30. - C - Common | A | Dividend | | | Sell | 8/31 | K | A | |
| 31. - C - Call Option Jan05 55 | | None | | | Expired | 1/22 | J | A | |
| 32. - DD - Call Option Jan05 50 | | None | | | Expired | 1/22 | J | A | |
| 33. - GM - Call Option Jan05 60 | | None | | | Expired | 1/22 | J | A | |
| 34. - MRK - Call Option Jan05 50 | | None | | | Expired | 1/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - T - Common (formerly SBC) | C | Dividend | K | T | | | | | |
| 36. | | | | | Buy | 1/27 | K | | |
| 37. - T - Call Option Jan05 30 (formerly SBC) | | None | | | Expired | 1/22 | J | A | |
| 38. - WB - Common | A | Dividend | | | Sell | 1/22 | K | B | |
| 39. - WB - Call Option Jan05 50 | | None | | | Exercised | 1/22 | J | A | |
| 40. - ALSK - Common | B | Dividend | K | T | Buy | 3/18 | K | | |
| 41. - SIL - Call Option Apr06 20 | | None | J | T | Sell Short | 11/17 | J | | |
| 42. - T -Call Option Jan06 25 (formerly SBC) | | Dividend | J | T | Sell Short | 2/2 | J | | |
| 43. - CZN - Common | B | Dividend | K | T | Buy | 3/18 | K | | |
| 44. - IWA - Common | B | Dividend | K | T | Buy | 3/18 | K | | |
| 45. - PAAS - Call Option Apr06 20 | | None | J | T | Sell Short | 11/16 | J | | |
| 46. - WB - Common | A | Dividend | L | T | Buy | 8/23 | L | | |
| 47. IRA #1 | D | Dividend | P1 | T | | | | | |
| 48. - Schwab Money Market Fund Account | | | | | | | | | |
| 49. - NPSP - Common | | | | | | | | | |
| 50. - BRKB - Common Class B | | | | | | | | | |
| 51. - C - Common | | | | | Sell | 8/29 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IDEV - Common | | | | | | | | | |
| 53. - PLMD - Common | | | | | Sell | 9/16 | L | E | |
| 54. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 55. - EFA - Index Fund | | | | | Sell | 3/30 | L | D | |
| 56. - PLMD - Call Option Mar05 35 | | | | | Expired | 3/19 | J | C | |
| 57. - UNP - Common | | | | | Sell | 3/18 | K | A | |
| 58. - UST Inflation Index Notes 3.625% 4/15/28 TIPS | | | | | | | | | |
| 59. - GNVC - Common | | | | | Buy | 9/21 | K | | |
| 60. - INSP - Common | | | | | Buy | 12/30 | K | | |
| 61. - IYE - Index Fund | | | | | Buy | 3/18 | K | | |
| 62. - IYE - Call Option Jan06 85 | | | | | Sell Short | 8/3 | J | | |
| 63. - JAKK - Common | | | | | Buy | 12/30 | K | | |
| 64. - NEOL - Common | | | | | Buy | 11/15 | K | | |
| 65. - OVTI - Common | | | | | Buy | 12/30 | K | | |
| 66. - PGI - Common | | | | | Buy | 12/30 | K | | |
| 67. - RAI - Common | | | | | Buy | 12/30 | K | | |
| 68. - SNUS - Common | | | | | Buy | 6/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 6/30 | K | | |
| 70. | | | | | Partial Sale | 8/31 | K | C | |
| 71. - TYC - Common | | | | | Buy | 11/17 | K | | |
| 72. - UNTD - Common | | | | | Buy | 12/30 | K | | |
| 73. - UST - Common | | | | | Buy | 12/30 | K | | |
| 74. - ALKS - Common | | | | | Buy | 6/28 | K | | |
| 75. | | | | | Sell | 11/18 | L | D | |
| 76. - ALKS - Call Option Nov05 17.5 | | | | | Sell Short | 8/3 | J | | |
| 77. | | | | | Exercised | 11/18 | J | C | |
| 78. - KOSP - Common | | | | | Buy | 2/15 | K | | |
| 79. | | | | | Sell | 5/20 | L | C | |
| 80. - KOSP - Call Option May05 35 | | | | | Sell Short | 2/22 | J | | |
| 81. | | | | | Exercised | 5/20 | J | C | |
| 82. - PLMD - Call Option Sep05 35 | | | | | Sell Short | 4/1 | J | | |
| 83. | | | | | Exercised | 9/16 | J | C | |
| 84. - BHP - ADR | | | | | Buy | 3/18 | K | | |
| 85. | | | | | Sell | 8/23 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CONR - Common | | | | | Buy | 2/10 | K | | |
| 87. | | | | | Sell | 11/23 | L | D | |
| 88. - IXC - Index Fund | | | | | Buy | 3/30 | K | | |
| 89. | | | | | Sell | 8/3 | K | D | |
| 90. - RTP - ADR | | | | | Buy | 3/18 | K | | |
| 91. | | | | | Sell | 8/25 | K | A | |
| 92. IRA #2 | B | Dividend | N | T | | | | | |
| 93. - BCRX - Common | | | | | Partial Sale | 10/14 | K | E | |
| 94. | | | | | Partial Sale | 10/17 | K | D | |
| 95. - ELGX - Common | | | | | | | | | |
| 96. | | | | | Buy | 4/27 | J | | |
| 97. - ICOS - Common | | | | | | | | | |
| 98. - MTSX - ADR | | | | | | | | | |
| 99. - WM - Common | | | | | Sell | 3/30 | K | A | |
| 100. - Schwab Money Market Fund Account | | | | | | | | | |
| 101. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 102. - ALTH - Common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br><br>Collyer, Rosemary M | | Date of Report<br><br>05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - AGIX - Common | | | | | | | | | |
| 104. | | | | | Buy | 6/27 | K | | |
| 105. - GNVC - Common | | | | | | | | | |
| 106. | | | | | Buy | 4/7 | K | | |
| 107. - BCRX - Call Option Jan06 15 | | | | | Sell Short | 11/30 | J | | |
| 108. - DCEL - Common | | | | | Buy | 2/18 | K | | |
| 109. | | | | | Partial Sale | 6/22 | K | D | |
| 110. | | | | | Partial Sale | 12/16 | K | E | |
| 111. - DCEL - Call Option Dec05 7.5 | | | | | Sell Short | 11/28 | J | | |
| 112. | | | | | Sell Short | 11/29 | J | | |
| 113. | | | | | Exercised | 12/16 | J | B | |
| 114. - CAT - Common | | | | | Buy | 10/21 | K | | |
| 115. | | | | | Sell | 11/23 | L | D | |
| 116. QUALIFIED RETIREMENT PLAN #2 | F | Dividend | L | T | | | | | |
| 117. - BRKB - Common Class B | | | | | Buy | 4/27 | K | | |
| 118. - Schwab Money Market Fund Account | | | | | | | | | |
| 119. Merrill Lynch Account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Citibank Account | A | Interest | J | T | | | | | |
| 121. Trust #1 | | UnfundedTrst | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The account identified as Qualified Retirement Plan #2 was opened in February 2005 (Qualified Retirement Plan #1 had been closed in 2003, as noted in the 2004 Financial Disclosure Report, Section VIII).

The account identified as IRA #3 in the 2004 Financial Disclosure Report was closed in January 2005; all assets were transferred to IRA #1.

As noted on Lines 35, 36, 37 and 42, the company formerly known as SBC Corporation (stock symbol SBC) merged with, and took the name of, AT&T Corporation (stock symbol T) in 2005.

In the description of assets the abbreviation ADR refers to American Depositary Receipts. On lines 20, 27 and 98, assets formerly referred to as Common (Stock) are more properly called ADRs.

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 5 May 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544